UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00100(1)-CRW |
| | § | |
| (1) Robert Crawford III | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 25, 2026, wherein the defendant (1) Robert Crawford III waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Robert Crawford III to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Robert Crawford III's plea of guilty to Counts One S (1s), Two S (2s), and Three S (3s) is accepted.

Signed this 8th day of September, 2026.



CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE